UNITED STATES BANKRUPTCY COURT
SOUTHERN DIVISION OF OHIO
EASTERN DIVISION

In Re:  Curtis L. Cowen                :         Case #: 06-55371
       Jennifer A. Cowen

                                       :         Chapter 13

                                       :         Judge Preston

### NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the

Registry Fund.

Dated: October 26, 2010                        /s/ Frank M. Pees
                                                                      Frank M. Pees
                                                                       Chapter 13 Trustee

| Name and Address | Amount |
|---|---|
| PHH Mortgage Corporation<br>2001 Bishops Gate Blvd.<br>Mt. Laurel, NJ 08054-4604 | $441.82 |